**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-02231-LTB

ANNETTE SANDOVAL,

    Plaintiff,

v.

FREDERICKS, GOLDSTEIN & ZOE, LLC,

    Defendant.
_____

**ORDER OF DISMISSAL**
_____

    THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal Without Prejudice (Doc 6 - filed August 30, 2010), and the Court being fully advised in the premises, it is therefore

    ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                      BY THE COURT:

                        s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED:  August 31, 2010